ROBIN E. FOOR SBN 64084
LAW OFFICES OF ROBIN E. FOOR
2843 Alhambra Drive
Belmont, CA 94002
Tel.: 650-591-5390
Fax: 650-593-4622

Attorney for Plaintiff Nam Nguyen

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NAM HOANG NGUYEN,<br><br>   Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, MICHAEL HENNESSEY, DOES 1 to 20,<br><br>   Defendants. | Case No. C 05-03507 CW<br><br>**STIPULATION AND ORDER FOR PLAINTIFF'S ATTENDANCE AT MEDIATION BY VIDEOCONFERENCE** |

IT IS STIPULATED that:

1. Plaintiff Nam Nguyen is in custody at County Jail No. 3 in San Bruno, California, in the Northern District of California.

2. The mediation in this case will occur on May 3, 2006 from 10:00 a.m. to 5:00 p. m. at Courtroom 19, 16th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California.

3. The City and County of San Francisco has agreed to allow plaintiff Nam Nguyen to appear by videoconference from County Jail No. 3 from 10:00 a.m. to 5:00 p.m. and there is good cause for plaintiff to so appear.

4. There is good cause for the attorney for plaintiff, Robin E. Foor, to appear by videoconference from County Jail No. 3 from 10:00 a.m. to 5:00 p.m.

Dated: April 27, 2006                LAW OFFICES OF ROBIN E. FOOR

　　　　　　　　　　　　　　　　　　　/s/  Robin E. Foor_____
　　　　　　　　　　　　　　　　　　　Robin E. Foor
　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff Nam Nguyen

Dated: April  27, 2006                CITY ATTORNEY OF SAN FRANCISCO

　　　　　　　　　　　　　　　　　　　/s/ Monica Wiley_____
　　　　　　　　　　　　　　　　　　　Monica Wiley
　　　　　　　　　　　　　　　　　　　Deputy City Attorney
　　　　　　　　　　　　　　　　　　　Attorneys for Defendants City and County
　　　　　　　　　　　　　　　　　　　of San Francisco and Michael Hennessey

IT IS ORDERED

1. Nam Nguyen shall appear in the mediation session by videoconference from County Jail No. 3.

2. Robin E. Foor shall appear in the mediation session by videoconference from County Jail No. 3 from 10:00 a.m. to 5:00 p.m.

3. County Jail personnel shall cooperate to ensure Nam Nguyen's appearance in the videoconference session from County Jail No. 3 from 10:00 a.m. to 5:00 p.m., or as long as is practicable consistent with the needs for safety, security and supervision at County Jail No. 3.

Dated: ___May 1___ ____, 2006

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Claudia Wilken
　　　　　　　　　　　　　　　　　　　United States District Judge