1  DENNIS J. HERRERA, State Bar #139669
City Attorney
2  JOANNE HOEPER, State Bar #114961
Chief Trial Attorney
3  MONICA F. WILEY, State Bar # 183005
Deputy City Attorney
4  Fox Plaza
1390 Market Street, 6th Floor
5  San Francisco, California 94102-5408
Telephone:      (415) 554-3956
6  Facsimile:      (415) 554-3837
E-Mail:          monica.wiley@sfgov.org
7
Attorneys for Defendants
8  CITY AND COUNTY OF SAN FRANCISCO
and MICHAEL HENNESSEY
9

10                    UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12  NAM HOANG NGUYEN,                       Case No. C05-3507 CW
                    Plaintiff,
13
              vs.                           **FULL AND FINAL RELEASE
14                                          AND ORDER**
   CITY AND COUNTY OF SAN
15  FRANCISCO, MICHAEL HENNESSEY,

16              Defendants.

17

18        FOR GOOD AND VALUABLE CONSIDERATION, which shall be addressed in more detail

19  below, the sufficiency of which is hereby admitted and acknowledged, NAM NGUYEN, individually

20  and on behalf of his heirs, domestic partners, executors, administrators, and assigns, if any

21  (hereinafter referred to individually and collectively as "RELEASOR"), hereby agrees to fully and

22  forever release and discharge the City and County of San Francisco, and Michael Hennessey, together

23  with their elective and/or appointive boards, agents, servants, employees, consultants, departments,

24  commissioners, officers, and deputies,  (hereinafter referred to individually and collectively as "SAN

25

26  FRANCISCO"), from any and all claims, actions, causes of action, liabilities, damages, demands,

27  attorneys' fees, expenses and costs (including without limitation court costs) of any kind or nature

28  Nguyen v. City and County of San Francisco, et al.        1        **FULL AND FINAL RELEASE AND ORDER**
   United States District Court Case No.  C05-3507 CW

whatsoever, whether known or unknown, suspected or unsuspected, which have existed or may have

existed, or which do exist, or which hereafter shall or may exist, and which (1) are alleged or set forth

or attempted to be set forth in the pleadings on file in that the action entitled "Nam Nguyen v. City

and County of San Francisco", being action No. C05-440754 in the Superior Court of the State of

California, County of San Francisco, and in the action entitled "Nam Nguyen v. City and County of

San Francisco", being action No. C05-03507 CW, in the United States District Court (hereinafter

collectively referred to as the "ACTION"), or (2) arise out of or are in any way related to any of the

transactions, occurrences, acts or omissions set forth or alleged in any of the pleadings in the Action

(hereinafter referred to collectively as the "CLAIMS").

RELEASOR represents and warrants that he has not assigned or transferred, or agreed to

assign or transfer, or attempted to assign or transfer, to any third party or entity (including without

limitation any insurer) any interest in any of the CLAIMS.  RELEASOR agrees to defend, indemnify

and hold harmless SAN FRANCISCO against any loss, expense or liability, including without

limitation reasonable attorneys' fees, arising from any breach of the foregoing.  Furthermore, in the

event that SAN FRANCISCO learns that RELEASOR has breached this warranty, SAN

FRANCISCO may, at its sole option, elect to rescind this Full and Final Release.

SAN FRANCISCO hereby agrees to apply non-skid adhesive material in one of the dorm

shower stall floors located at the San Francisco County Jail at the Hall of Justice as a test of the non-

skid adhesive material within sixty (60) days of the execution of this Agreement.  In the event that

SAN FRANCISCO determines that the test is successful and that the application of the adhesive

material will not endanger the health or safety of inmates located in the County Jail facility, SAN

FRANCISCO will apply similar non-skid material to other dorm shower stall floors at County Jail

Nguyen v. City and County of San Francisco, et al.          2          **FULL AND FINAL RELEASE AND ORDER**
United States District Court Case No.  C05-3507 CW

facilities in San Francisco in its discretion and as allowed by the budget of the City and County of

San Francisco.

RELEASOR agrees to defend, indemnify and hold harmless SAN FRANCISCO against any

and all claims by any person or entity purporting to hold any lien, interest, or other claim, whether for

medical care, unemployment and/or disability compensation, attorneys' fees, or otherwise, involving

RELEASOR and arising in connection with any of the CLAIMS.

RELEASOR certifies that he has read Section 1542 of the California Civil Code, which

provides:

"A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS WHICH THE CREDITOR
DOES NOT KNOW OR SUSPECT TO EXIST IN HIS FAVOR AT THE TIME OF
EXECUTING THE RELEASE, WHICH IF KNOWN BY HIM MUST HAVE
MATERIALLY AFFECTED HIS SETTLEMENT WITH THE DEBTOR."

RELEASOR hereby waives application of Section 1542 of the Civil Code.  RELEASOR understands

and acknowledges that, as a consequence of this waiver of Section 1542, even if RELEASOR should

eventually suffer additional or further loss, damages or injury arising out of or in any way related to

any of the events which gave rise to the CLAIMS, or any of them, RELEASOR will not be permitted

to make any further claims against SAN FRANCISCO to recover for such loss, damages or injury.

RELEASOR acknowledges that he intends these consequences even as to claims for personal injury

or property damage that may exist as of the date of this Full and Final Release but which

RELEASOR does not know exist, and which, if known, would materially affect RELEASOR's

decision to execute this Full and Final Release, regardless of whether RELEASOR's lack of

knowledge is the result of ignorance, oversight, error, negligence, or any other cause.

RELEASOR acknowledges that, in executing this Full and Final Release, he is acting on his

own, independent judgment informed by his legal counsel.  RELEASOR acknowledges having read

Nguyen v. City and County of San Francisco, et al.          3          **FULL AND FINAL RELEASE AND ORDER**
United States District Court Case No.  C05-3507 CW

this Full and Final Release and having been advised by his attorney as to its meaning and effect.

RELEASOR acknowledges and warrants that his execution of this Full and Final Release is free and

voluntary.  RELEASOR further represents and warrants that, at the time he executed this Full and

Final Release, he was not in the period of first physical confinement, whether as an inpatient or

outpatient, in a clinic or health facility (as defined in Sections 1203 and 1250 of the Health and Safety

Code) as a result of the injury alleged to have given rise to any of the CLAIMS, and that as a result

Business and Professions Code Section 6152(b) cannot be used to invalidate this Full and Final

Release.

RELEASOR acknowledges that this Full and Final Release contains and constitutes the entire

agreement between RELEASOR and SAN FRANCISCO with respect to the CLAIMS.  The terms of

this Full and Final Release are contractual and not a mere recital.  RELEASOR acknowledges that

SAN FRANCISCO has made no representations, express or implied, to induce RELEASOR to enter

into this Full and Final Release, other than as expressly set forth herein.

No aspect of this Full and Final Release or the settlement which led to it is intended to be nor

at any time shall be construed, deemed, or treated in any respect as an admission by SAN

FRANCISCO of liability for any purpose.  It is expressly understood by RELEASOR that this Full

and Final Release does not constitute an admission of the truth or accuracy of any of the allegations

made in the complaint on file in the ACTION or of liability for any of the CLAIMS, and that SAN

FRANCISCO expressly denies the allegations made in the complaint, as more fully set forth in the

answer or other responsive pleadings on file in the ACTION.

If any of the provisions of this Full and Final Release or the application thereof is held to be

invalid, its invalidity shall not affect any other provision or application of this Full and Final Release

to the extent that such other provision or application can be given effect without the invalid provision

1

2

or application, and to this end, the provisions of this Full and Final Release are declared and

understood to be severable.

3

      RELEASOR understands and acknowledges that both RELEASOR and SAN FRANCISCO

4

shall each bear their own legal expenses, costs and attorney's fees incurred in connection with

5

prosecuting or defending against the ACTION and any of the CLAIMS.  None of the parties shall be

6

considered a prevailing party in this ACTION as to any of the CLAIMS.

7

      The parties shall file a Request for Dismissal – Order of Dismissal in the ACTION within five

8

(5) days of the execution of this FULL AND FINAL RELEASE.

9

10

      RELEASOR and SAN FRANCISCO agree that the United States District Court shall retain

11

jurisdiction in the ACTION for the purpose of carrying out or enforcing the settlement and this FULL

12

AND FINAL RELEASE.

13

      This Full and Final Release and the settlement, which led to it, were fully negotiated with the

14

assistance of counsel and should not be construed more strictly against one party than another.

15

16

Dated: December 18, 2006        _s/_____

                         NAM HOANG NGUYEN,

                         Plaintiff

17

Dated: December 18, 2006        _s/_____

18

                         ROBIN FOOR, ESQ.

                         Attorney for Plaintiff

19

20

Dated: December 18, 2006       By: _s/_____

                         MICHAEL HENNESSEY

                         SHERIFF OF COUNTY OF SAN FRANCISCO

21

22

Dated: December 18, 2006             DENNIS J. HERRERA

                         City Attorney

23

                         JOANNE HOEPER

                         Chief Trial Deputy

24

            By: _s/_____

25

                   MONICA F. WILEY

                   Deputy City Attorney

26

                   Attorneys for Defendants CITY AND COUNTY OF

27

                   SAN FRANCISCO and MICHAEL HENNESSEY

28

1

**ORDER RETAINING JURISDICTION**

2

3        The parties having reached a settlement in this matter, following the dismissal with prejudice

4   of this lawsuit, IT IS ORDERED:

5

6        The Court shall retain jurisdiction in this case for the purposes of carrying out or enforcing the

7   settlement and the FULL AND FINAL RELEASE.

8   Dated: 1/5/07        _____

9                         Honorable Claudia Wilken
                          United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Nguyen v. City and County of San Francisco, et al.        6        **FULL AND FINAL RELEASE AND ORDER**
United States District Court Case No.  C05-3507 CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Nguyen v. City and County of San Francisco, et al.
San Francisco Superior Court Case No. 440754                    1                    c:\documents and settings\workstation\local
settings\temp\notesf8c1a4\release.doc