1  ROBIN E. FOOR SBN 64084
   LAW OFFICES OF ROBIN E. FOOR
2  2843 Alhambra Drive
   Belmont, CA 94002
3  Tel.: 650-591-5390
   Fax: 650-593-4622
4
   Attorney for Plaintiff Nam Nguyen
5

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8
                          OAKLAND DIVISION
9

10 NAM HOANG NGUYEN,                )
                                    )   Case No.  C 05-03507 CW
11            Plaintiff,            )
                                    )   **STIPULATION FOR**
12 vs.                              )   **REQUEST FOR DISMISSAL;**
                                    )   **ORDER OF DISMISSAL**
13                                  )
   CITY AND COUNTY OF SAN           )   **RULE 41(a)(1)(ii)**
14 FRANCISCO, MICHAEL HENNESSEY,    )
   DOES 1 to 20,                    )
15                                  )
              Defendants.           )
16 _____  )

17 **TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

18 **IT IS STIPULATED:**

19     A settlement agreeable to all parties has been reached in the above-entitled matter. The

20 parties therefore respectfully request that this case be dismissed with prejudice. All sides will bear

21 their own costs and attorney's fees associated with this action.

22 //

23 //

24

25

**Stipulation for Request for Dismissal; Order of Dismissal**
Case No. C-05-03507 CW                                                              1

1  Dated: February 16, 2007            s/
                                    Robin E. Foor
2                                   Attorney for Plaintiff Nam Nguyen

3

4  Dated: February 16, 2007    DENNIS J. HERRERA
                               City Attorney
                               JOANNE HOEPER
5                              Chief Trial Deputy

6

7                       By        s/
                           MONICA F. WILEY
8                          Deputy City Attorney

9                          Attorneys for Defendants CITY AND COUNTY OF
                           SAN FRANCISCO and MICHAEL HENNESSEY
10

11                              **ORDER**

12

13     The parties having reached a settlement in this matter, the Court hereby dismisses this

14  case with prejudice.

15     **IT IS SO ORDERED.**

16  Dated: ____2/21____ ___, 2007

17                                   [signature]

18                                   _____
                                     Honorable Claudia Wilken
                                     United States District Judge
19

**Stipulation for Request for Dismissal; Order of Dismissal**
Case No. C-05-03507 CW                                        2